UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Helen R. Zamba,

    Plaintiff

v.

GEICO Casualty Company., et al.,

    Defendants

Case No. 2:25-cv-00167-CDS-BNW

**Order Approving Stipulation to Remand and Denying Pending Motions**

[ECF Nos. 6, 10, 14]

Plaintiff Helen R. Zamba brings this intentional interference with a contractual relationship claim against defendants GEICO Casualty Company, GEICO, and Henry Holman. Compl., ECF No. 1-1. Defendants removed the case from the Eighth Judicial District Court, Clark County, Nevada on January 27, 2025. Pet. for removal. ECF No. 1. On February 24, 2025, Zamba filed a motion to remand, arguing that the amount in controversy does not exceed $75,000. Mot., ECF No. 10. Although defendants initially opposed, ECF No. 13, the parties stipulated to remand on March 17, 2025. Stip., ECF No. 14. In light of the stipulation, this case is remanded to the Eighth Judicial District Court.[1]

**Conclusion**

IT IS HEREBY ORDERED that stipulation to remand **[ECF No. 14] is APPROVED**, therefore, plaintiff's motion to remand **[ECF No. 10] is DENIED as moot**.

IT IS FURTHER ORDERED that defendants' motion to dismiss **[ECF No. 6] is DENIED without prejudice**.

The Clerk of Court is kindly instructed to remand this matter to the Eighth Judicial District Court, Department 21, Case No. A-24-908093-C, and to close this case.

Dated: March 26, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] For the same reason, defendants' motion to dismiss (ECF No. 6) is denied without prejudice.